## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Linda A Mendenhall                            :

Plaintiff,                                    :

vs.                                           :      Civil Action No. 21-cv-304-KD-B

                                              :

Barbara Barret,Secretary Of Air Force         :

Defendant(s)                                  :

## COMPLAINT

1.  Plaintiff resides at **213 Clifton Street Camden,Alabama 36726**

2.  Name(s) of defendant(s) DPARTMENT OF AIR FORCE

3.  Location of principal office(s) of the named defendant(s) MAXWELL  AIR FORCE BASE
50 SOUTH LEMAY PLAZE MAXWELL AFB,AL 36112-6334


4.  Nature of business of defendant(s) Contracting For Department of the Air Force
**Department of the Air Force Business Enterprise Systems**

5.  Approximate number of individuals employed by defendant(s) SEVENTY THOUSANDS

6.  The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) **X** Termination of my employment.

    (C) _____ Failure to promote me.

    (D) **X** Other acts as specified below: Genetic Discrimination,Reprisal,Per Se

Retaliation,EEOC-420-2018-0047X EEOC Commission Office of Federal Operations OFO Docket #2021002189 and

**2020000655.**

Rev. 8/2015

7.   Plaintiff is:

   (A) _____ Presently employed by the defendant.

   (B) **X** Not presently employed by the defendant.

   The dates of employment were   19 SEPTEMBER 2016 TO 7 MARCH 2017

   (1) _____ Plaintiff was discharged.

   (2) _____ Plaintiff was laid off.

   (3) _____ Plaintiff left the job voluntarily.

8.   Defendant(s) discriminated against me on account of my:

   (A) _____ Race               _____ Sex

   _____ Color               _____ National Origin

   **X** Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII

   of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) **X** Physical disability

   _____ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act,

   specifically, 42 U.S.C. § 12117.

   (C) **60** Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

   Act of 1967, specifically, 29 U.S.C. § 626.

9.   The name(s), race, sex, and the position or title of the individual(s) who allegedly

   discriminated against me during the period of my employment with the defendant company is

   (are)   SES Richard Aldridge BES, Lt. Col Michael King Director JAG BES Contracting Maxwell AFB.

10.   The alleged discrimination occurred on or about   September 9,2016 To March 7,2017.

11.   The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _____

I Linda A. Mendenhall,was hired by another Col.before Col.arrive in July 2016. I was hired at Redstone

## Arsenal Huntsville,Alabama from Febuary 2009,until March 2014.The complainant Linda A. Mendenhall was remove from her job for reporting contract fraud and settle with The Department of The Army. The complainant was hired as a GS-14 with the Department Of The Air Force and later learn

that the Department Of The Army reach out and revile what had happen at Redstone Arsenal and the complainant was removed.

12.   The alleged illegal activity took place at **Maxwell Air Force Base**

_____

13.   I filed charges with the Equal Employment Opportunity Commission regarding alleged

discriminatory conduct by defendant(s) on or about **March 8,2017**

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission. This letter was received by me on **May 24,2021**

14.   I seek the following relief:

(A) **X**____ Recovery of back pay.

(B) **X**____ Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: **July 9,2021**

Signature of Plaintiff

213 Clifton Street Camden AL 36726

Address of Plaintiff

(631) 707-3815

Telephone Number of Plaintiff

Linda A. Mendenhall
243 Clifton St.
Camden, Al. 36726

7020 2450 0001 0072 0080

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7020 2450 0001 0072 0080

UNITED STATES
POSTAL SERVICE®

1000

36602

U.S. POSTAGE PAID
FCM LETTER
CAMDEN, AL
36726
JUL 07, 21
AMOUNT

$3.60

R2305E125848-06

USA FOREVER

United State District Court
Southern District of Alabama
155 St. Joseph St
Mobile, Al. 36602

36602-368999