IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA A. MENDENHALL,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION 2:21-00304-KD-B** |
| ) | |
| **FRANK KENDALL,** ) | |
| **SECRETARY,** ) | |
| **DEPARTMENT of the AIR FORCE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made (Doc. 15), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 3, 2022, (Doc. 14) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's second amended complaint and this action is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **30th** day of **November 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**