# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| LINDA A. MENDENHALL,  )  <br>    Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FRANK KENDALL,  ) <br> SECRETARY,  ) <br> DEPARTMENT of the AIR FORCE,  ) <br> ) <br>    Defendant.  ) | CIVIL ACTION 2:21-00304-KD-B |

## JUDGMENT

In accordance with the Order entered November 30, 2022, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Frank Kendall and against Plaintiff Linda A. Mendenhall.

**DONE** and **ORDERED** this the 30th day of **November 2022**.

                                          **/ s / Kristi K DuBose** <br>
                                          KRISTI K. DuBOSE <br>
                                          UNITED STATES DISTRICT JUDGE